[No. 18009-6-I. Division One. May 20, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTINEZ
JOSE LOPEZ, ET AL, *Defendants,* JACK DAVID
MEMPA, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 85-1-01987-0, George T. Mattson, J., entered
February 28, 1986. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Grosse and Webster, JJ.

[No. 18934-4-I. Division One. May 20, 1987.]

CUMBERLAND NORTHWEST, INC., ET AL, *Respondents,*
v. LINN EMRICH, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 85-2-10134-1, Faith Enyeart, J., entered July
21, 1986. *Affirmed* by unpublished opinion per Coleman, J.,
concurred in by Ringold, A.C.J., and Pekelis, J.

[No. 7502-8-III. Division Three. May 21, 1987.]

FRANCISCO NIETO, ET AL, *Respondents,* v. ALBERT
A. WEIBEL, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 84-2-00654-3, Jo Anne Alumbaugh, J.,
entered November 22, 1985. *Reversed* by unpublished
opinion per McInturff, C.J., concurred in by Green and
Munson, JJ.